UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADOLFO QUIROZ,                )   Case No. CV 11-5571 JAK (MRW)
                             )
              Petitioner,    )
        vs.                  )   ORDER ACCEPTING FINDINGS AND
                             )   RECOMMENDATIONS OF
KELLY HARRINGTON,            )   UNITED STATES MAGISTRATE
Warden,                      )   JUDGE
                             )
              Respondent.    )
_____      )

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court corrects the reference in the Report at page 4 to read: "In Ground Five, Petitioner argues that there was insufficient evidence that the <u>attempted</u> murder was premeditated and deliberate." Beyond that, the Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: September 17, 2012

_____

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE