UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADOLFO QUIROZ, | ) | Case No. CV 11-5571 JAK (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 17, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE